# United States District Court
# for the
# Southern District of Georgia
# Savannah Division

| United States of America | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | 4:12CR00163-1 |
| | ) | |
| **Kandell Price** | ) | |

### ORDER

The defendant, Kandell Price, has filed a motion requesting termination of supervised release. In support of his motion, the defendant reports that he has completed twenty-two months of supervised release, he wishes to travel freely with his grandparents, and would be free to accept employment positions in other states.

The Court notes that while the defendant is currently in compliance with the terms and conditions of supervision, Price previously violated the terms and conditions of supervision by using marihuana within the first year of supervised release. The Court also notes that the defendant was convicted of a serious offense involving the theft of numerous firearms. Aside of the violation previously noted, the Court does not deny that the defendant has performed well on supervised release thus far. However, the Court does not consider the defendant's compliance with supervision to be exceptional and warrant early termination.

The defendant's motion for early termination of supervised release is **DENIED**.

**SO ORDERED** this _11th_ day of January, 2017.

William T. Moore, Jr.
Judge, U.S. District Court